JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MORENO,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-00377-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 15, 2022 to October 14, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern District.  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

1    Additionally, for the weeks of August 15, 2022 and August 22, 2022, Counsel currently
2 has 18 merit briefs, and several letter briefs and reply briefs. Additional time is needed to
3 thoroughly brief this matter for the Court.
4    Defendant does not oppose the requested extension. Counsel apologizes to the Defendant
5 and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 26, 2022    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 26, 2022         PHILLIP A. TALBERT
                             United States Attorney
                             PETER K. THOMPSON
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration


                        By:  */s/ Caspar I. Chan*
                             Caspar I. Chan
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             (*As authorized by email on July 26, 2022)

## **ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than October 14, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 27, 2022**                          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE