DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN MORENO,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:22-cv-00377-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from October 14, 2022 to November 14, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.  This has caused an unusually large number of

1

1  cases that have merit briefs due in the months of August and September.  Additionally,
2  undersigned counsel entered her appearance today and requires additional time to fully brief this
3  matter.
4      For the weeks of October 10, 2022 and October 17, 2022, Counsel currently has eight
5  merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly
6  brief this matter for the Court.  Defendant does not object to the requested extension. Counsel
7  apologizes to the Court and Defendant for any inconvenience this may cause.

Respectfully submitted,

Dated: October 7, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                           By: */s/ Dolly M. Trompeter*
                                DOLLY M. TROMPETER
                                Attorneys for Plaintiff

Dated: October 7, 2022        PHILLIP A. TALBERT
                               United States Attorney
                               PETER K. THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                           By:   **/s/ Caspar I. Chan*
                                Caspar I. Chan
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on October 7, 2022)

**ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than November 14, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**October 7, 2022**__           /s/ *Erica P. Grosjean*
                                                                        UNITED STATES MAGISTRATE JUDGE

3