UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN MORENO,<br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-00377-EPG<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

This matter is before the Court on Plaintiff's motion for extension of time to file her motion for summary judgment. (ECF No. 18). Plaintiff requests a four-day extension to November 18, 2022, to file her motion for summary judgment because her counsel will be traveling out of state to care for her ill father. Plaintiff states that she was unable to obtain Defendant's position on her extension request.

Having reviewed the motion for extension of time, IT IS ORDERED that Plaintiff's motion (ECF No. 18) is granted and she shall file her motion for summary judgment by no later than November 18, 2022. All other deadlines in the scheduling order are extended accordingly. IT IS SO ORDERED.

Dated:   **November 15, 2022**             /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1